Cause Number   H-15-0491

Style   Aetna Life Insurance Co.   v. Behar et al.

Appearances:
Counsel:                                    Representing:

J. Shely                                    Plaintiff
J. migit                                    Plaintiff

J.D. Sutter                                 Defendants

Date:   July 24, 2015                       Reporter:  B. Slavin
                                            Law Clerk: J. West
Time:   ___/___ a.m.
        2:05/2:25 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

[6] Defendants' motion to Dismiss, Docket Entry No. 6, is GRANTED in PART and DENIED in PART, as and for the reasons stated on the record.

Paper discovery will be completed by January 22, 2016.
Depositions will be completed by July 22, 2016.

The Clerk will file the Minutes and Order and provide copies to the parties.

                                            Sim Lake
                                            United States District Judge

Page 1 of 2.

Cause Number   H-15-0491

Style  Aetna Life Insurance Co.   v. Behar et al.

Appearances:
Counsel:                              Representing:

J. Shely                              Plaintiff
J. Migit                              Plaintiff

J. D. Sotter                          Defendants


Date:   July 24, 2015             Reporter:  B. Slavin
                                  Law Clerk: J. West

Time:   ___/___ a.m.
        2:05/2:25 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

The court will conduct a scheduling conference on August 12, 2016, at 2:00 p.m.

No dispositive motions shall be filed.

This action is STAYED as and for the reasons stated on the record.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Sim Lake
United States District Judge

Page 2 of 2.