# KELLY, SUTTER & KENDRICK, P. C.
## ATTORNEYS AT LAW

3050 POST OAK BLVD., SUITE 200  
HOUSTON, TEXAS 77056-6570  
3335

TELEPHONE (713) 595-6000  
FACSIMILE (713) 595-6001

August 6, 2019

Honorable Nancy Johnson  
United States Magistrate  
United States Courthouse  
515 Rusk, Room 7019  
Houston, Texas 77002

**Via E-Filing**

Re: Cause No. 4:15-cv-491; *Aetna Life Insurance Company v. Robert A. Behar, M.D., et al.*; In the United States District Court for the Southern District of Texas – Houston Division

Dear Judge Johnson:

Your Memorandum and Recommendation dated August 5, 2019 (Dkt. 274) states that any objections to same are to be filed within 14 days or on August 19, 2019. We would request that we be provided with an opportunity to respond to any written objections filed by Aetna, and further request that we be provided until August 30, 2019 to file such a response.

Thank you for your consideration in this matter.

Yours very truly,

J. Douglas Sutter

JDS/mak

cc: David Bradley  **Via Electronic Filing**
United States District Clerk

John Shely  **Via Email**
Jeffrey D. Migit  **Via Email**
Neil Prupis  **Via Email**