IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ROBERT A. BEHAR, NORTH CYPRESS | § | CIVIL ACTION NO. H-15-0491 |
| MEDICAL CENTER OPERATING | § | |
| COMPANY, LTD., and NORTH | § | |
| CYPRESS MEDICAL CENTER | § | |
| OPERATING COMPANY GP, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 274) dated August 5, 2019, the objections thereto, and the responses to the objections, the court is of the opinion that said Memorandum and Recommendation should be adopted by the court.  It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by the court.

By September 24, 2019, the parties will submit a joint status report identifying:

    A.    All discovery in this case, including

        1.    as to each deposition conducted,

            (a)    the identity of the deponent and the date of the deposition;

            (b)    the approximate length of the deposition; and

            (c)    the subject matter of the deposition.

2. all written discovery in this case, identifying

    (a) each discovery document by date, title, and propounding party;

    (b) whether and when responses were filed; and

    (c) the subject matter of the discovery.

B. If any party contends that additional discovery is needed before trial, the party shall identify what discovery is needed, why it is needed, and when -- assuming the cooperation of the parties -- the discovery can reasonably be completed.

If a party contends that such discovery is not necessary, the party shall explain why it contends such discovery is not necessary.

C. The parties shall describe all settlement negotiations, including the parties to the negotiation, the date of the negotiations, and whether any progress was made in settling the case. If the parties have mediated the case, they should identify the mediator and the date(s) of the mediation.

The court will conduct a status and scheduling conference on October 3, 2019, at 2:30 p.m. in Courtroom 9-B, 9th Floor, United States Courthouse, 515 Rusk Street, Houston, Texas 77002.

Other than as required in this Order, the court does not desire any other filings by any party before the conference.

**SIGNED** at Houston, Texas, on this 4th day of September, 2019.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE