United States District Court
Southern District of Texas
**ENTERED**
October 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-491 |
| | § | |
| ROBERT A. BEHAR, NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY, LTD., and NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY GP, LLC, | § § § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the court[1] is Defendants Robert A. Behar, North Cypress Medical Center Operating Company, Ltd., and North Cypress Medical Center Operating Company, GP, LLC's (collectively "Defendants") Motion for Leave to File Original Counter-Complaint and Third-Party Complaint (Doc. 284). The motion is **DENIED.**

As noted in footnote three of the court's Memorandum and Recommendation (Doc. 274) dated August 5, 2019, the court lifted the stay on September 24, 2018, when the court held a status conference and ruled on that portion of Defendants' Amended Motion to Lift Stay and to Dismiss Plaintiff's Complaint (Doc. 241). The oral ruling was memorialized in writing in a Minute Entry Order

---

[1] This case was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. See Doc. 271, Ord. Dated June 21, 2019.

(Doc. 246) of the same date.[2]

**SIGNED** in Houston, Texas, this 9th day of October, 2019.

Nancy K. Johnson<br>
United States Magistrate Judge

---

[2] The Minute Entry Order stated "Defendants' AMENDED Motion to Lift Stay (Doc. 241) is GRANTED. Discove[r]y is STAYED pending resolution of pending motions to dismiss." Id.