United States District Court
Southern District of Texas
**ENTERED**
May 21, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, § § Plaintiff, § § v. § § ROBERT A. BEHAR, NORTH § CYPRESS MEDICAL CENTER § OPERATING COMPANY, LTD., § and NORTH CYPRESS MEDICAL § CENTER OPERATING COMPANY § GP, LLC, § § Defendants. § | CIVIL ACTION NO. H-15-491 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 391) dated April 27, 2020, the objections thereto, and the response to the objections, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this 21st day of May, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE